WHITNEY J. SELERT, ESQ. (Nevada Bar No. 5492)
E: WSelert@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
T: 725.286.2801

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CODEY FIKE aka COURTNEY FIKE, an individual, | Case No. 3:26-cv-00412-MMD-CLB |
| *Plaintiff*, | **ORDER GRANTING STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE (FIRST REQUEST)** |
| vs. | |
| THE SOCIETY FOR THE PREVENTION OF CRUELTY OF ANIMALS OF NORTHERN NEVADA, a Nevada corporation, | |
| *Defendant*. | |

///

///

///

///

///

///

1

Pursuant to LR IA 6-1(a), the parties, by and through their respective counsel of record, hereby stipulate to extend the deadline for Defendant The Society of Prevention of Cruelty of Animals of Northern Nevada, to file its response to Plaintiff's Complaint (ECF No. 1) up to and until August 7, 2026. The parties have agreed to this extension because defense counsel was recently assigned to this matter and requires additional time to investigate the Complaint's allegations prior to filing a responsive pleading.

DATED this 13th day of July, 2026.

**GREENBERG GROSS LLP**

/s/ Coco Padilla
JEMMA DUNN, ESQ.
Nevada Bar No. 16229
MATTHEW T. HALE, ESQ.
Nevada Bar No. 16880
JORGE "COCO" PADILLA ESQ.
Nevada Bar No. 16295
1980 Festival Plaza Drive, Suite 730
Las Vegas, NV 89135

*Attorney for Plaintiff*

DATED this 13th day of July, 2026.

**O'HAGAN MEYER PLLC**

/s/ Whit Selert
WHITNEY SELERT, ESQ,
Nevada Bar No. 5492
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101

*Attorneys for Hillcrest Dental, LLC*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 14, 2026.

2